IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | : | Order for Mental Health Assessment |
| Anatoliy N. Baranovich<br>    Defendant | :<br>:<br>: | Docket No. 2:12-MJ-301-PMW |

FILED
U.S. DISTRICT COURT
2012 OCT 19  P 3:58
DISTRICT OF UTAH
BY:_____
   DEPUTY CLERK

For the purpose of assisting the Court, further information is necessary to obtain an assessment of the defendant's current mental status for consideration for pretrial release and/or treatment while on pretrial release.

IT IS ORDERED that the defendant submit to a mental health assessment before a qualified practitioner, in order to provide further information to the Court.

IT IS FURTHER ORDERED that the United States Pretrial Services Agency, pursuant to 18 USC § 3154(4), (7), and (12), pay all reasonable and necessary expenses from funds allocated for such purposes.

DATED this _19th_ day of _October_, 2012.

BY THE COURT:

_____
Dustin Pead
United States Magistrate Judge