FILED
U.S. DISTRICT COURT

2012 OCT 31  ⊃ 3: 01

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

DAVID B. BARLOW, United States Attorney (#13117)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
ANDREW R. CHOATE, Special Assistant United States Attorney (#13615)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387
e-mail: michael.kennedy@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | VIO. 18 U.S.C. § 32, Damaging and Disabling an Aircraft (Count 1) |
| vs. | : | |
| ANATOLIY N. BARANOVICH, | : | 49 U.S.C. § 46504, Interference With a Flight Crew (Count 2) |
| Defendant. | : | |
| | : | 18 U.S.C. § 201(b)(1), Bribery of Public Official (Count 3) |
| | : | |
| | : | 18 U.S.C. § 111, Assaulting and Resisting Officers (Count 4) |
| | : | |

The Grand Jury charges:

Case: 2:12cr00686
Assigned To : Shelby, Robert J.
Assign. Date : 10/31/2012
Description: USA v.

1

## COUNT 1

On or about October 15, 2012, in the Central Division of the District of Utah,

ANATOLIY N. BARANOVICH,

the Defendant herein, did willfully damage and disable an aircraft in the special aircraft jurisdiction of the United States, to wit, a Boeing 757 aircraft being operated by Delta Airlines as Flight 1215 from Boston, Massachusetts to Salt Lake City, Utah, and did attempt to do the same, all in violation of 18 U.S.C. §§ 32(a)(1) and (8), and punishable thereunder.

## COUNT 2

On or about October 15, 2012, in the Central Division of the District of Utah,

ANATOLIY N. BARANOVICH,

the defendant herein, in the special aircraft jurisdiction of the United States as defined in 49 U.S.C. § 46501(2), did assault and intimidate flight attendants and crew members of an aircraft, thereby interfering with the performance of the duties of the flight attendants and crew members and lessening the ability of the flight

attendants and crew members to perform those duties, all in violation of and punishable under 49 U.S.C. § 46504.

## COUNT 3

On or about October 15, 2012, in the Central Division of the District of Utah,

### ANATOLIY N. BARANOVICH,

the Defendant herein, did corruptly offer and promise something of value, to wit, approximately $6,534 in United States currency, to public officials, to wit, Special Agents of the Federal Bureau of Investigation, with the intent to influence an official act and to induce such public officials to do and to omit to do acts in violation of their lawful duty, all in violation of 18 U.S.C. § 201(b)(1)(A) and (C), and punishable thereunder.

## COUNT 4

On or about October 15, 2012, in the Central Division of the District of Utah,

### ANATOLIY N. BARANOVICH,

the defendant herein, did forcibly assault, resist, oppose, impede, and interfere with persons designated 18 U.S.C. § 1114, to wit, officers of the Salt Lake City International Airport Police Department assisting Special Agents of the Federal Bureau of Investigation in the performance of official duties and while such persons were engaged in the performance of official duties, and such acts involved physical contact with the victims of the assault, all in violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

MICHAEL KENNEDY
Assistant United States Attorney